**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyree Maurice BLANKS, Defendant–
Appellant.**

**No. 10–6575.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 2, 2010.

Tyree Maurice Blanks, Appellant Pro
Se. Carrie Ann Fisher, Assistant United
States Attorney, Florence, South Carolina,
for Appellee.

Before KING and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tyree Maurice Blanks seeks to appeal
the district court's order denying relief on
his 28 U.S.C.A. § 2255 (West Supp.2010)
motion. The order is not appealable un-
less a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2006). A certificate of appeal-
ability will not issue absent "a substantial
showing of the denial of a constitutional
right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel*, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell*, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack*, 529 U.S. at 484–85, 120 S.Ct. 1595.
We have independently reviewed the rec-
ord and conclude that Blanks has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*